**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| MOZELLE GOUDY, | : | No. 38 WAP 2018 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court dated August 8, |
| | : | 2018 at No. 378 MD 2018. |
| v. | : | |
| | : | |
| | : | |
| ATTORNEY GENERAL, JOSH SHAPIRO | : | |
| HEAD OF DEPARTMENT OF | : | |
| CORRECTIONS JOHN WETZEL, AND | : | |
| SUPERINTENDENT OF SCI-BENNER, | : | |
| ROBERT MARSH, ET AL., | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**

    **AND NOW,** this 26th day of March, 2019, the Order of the Commonwealth Court is hereby AFFIRMED.